

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2022

No. 04-22-00442-CR

**EX PARTE** Juan Antonio Molina **VALENCIA**,

From the County Court, Maverick County, Texas
Trial Court No. 30906
Honorable Susan D. Reed, Judge Presiding

# O R D E R

This is an accelerated appeal. The clerk's record was due July 27, 2022. We ORDER the trial court clerk to file the clerk's record on or before **August 22, 2022**.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2022.



MICHAEL A. CRUZ, Clerk of Court